# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED) GRANTING** |
| | ) | **MOTION FOR FURLOUGH** |
| vs. | ) | |
| | ) | |
| Regina Rose Lehman, | ) | Case No. 1:15-cr-122 |
| | ) | |
| Defendant. | ) | |

Defendant was ordered detained pending final disposition of this matter. On May 26, 2016, the Government filed a "Motion for Furlough - Temporary Release to Address Medical Issues." It advises: (1) defendant has been hospitalized in Jamestown, North Dakota, to address ongoing medical needs; (2) defendant will be kept at the hospital at least until May 31, 2016, at which time her condition will be re-assessed; and (3) the United States Marshal is required to maintain a presence at the hospital until defendant is discharged. It requests that the court temporarily order defendant's release while she obtains treatment.

The court **GRANTS** the Government's motion (Docket No. 404). Defendant shall be temporarily released. Upon discharge from the hospital in Jamestown, defendant shall immediately contact the Stutsman County Correctional Center. If defendant is moved to a medical facility outside of Jamestown for treatment, she shall surrender to the nearest United States Marshal's Service office upon her discharge from that facility.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court